■ VILLAGE OF BELLE TERRE, Respondent, v. BELLE TERRE ASSOCIATES, INC., et al., Appellants.— In an action for an injunction, the appeal is from so much of an order as (1) strikes out certain denials from appellants' answer as sham and frivolous, with leave to serve an amended answer pleading invalidity of respondent's zoning ordinance as an affirmative defense, (2) strikes from said answer the first and second affirmative defenses, and (3) denies appellants' cross motion for judgment on the pleadings and summary judgment. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■■■■■■■■

(January 8, 1958)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN A. BRITTING, EDNA B. BRITTING, ALBERT G. GLASS and DIANA GLASS, Defendants. — Motion by defendant Albert G. Glass to dismiss counts First and Nineteenth through Thirtieth of an indictment returned by the Grand Jury of the Extraordinary Trial and Special Term of the Supreme Court of Suffolk County on the ground that the facts stated therein do not constitute a crime or, in the alternative, to dismiss said counts upon inspection of the minutes of such Grand Jury on the ground of insufficiency of proof to warrant the finding of said counts. Motion denied. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.